UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-14186-ROSENBERG/MAYNARD

DAVID POSCHMANN,

        Plaintiff,

v.

STUART NORTH, LLC

        Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

Dated: August 18, 2020

| | |
|---|---|
| s/Drew M. Levitt | s/Priscilla Jiminez |
| DREW M. LEVITT | PRISCILLA JIMINEZ |
| Florida Bar No. 782246 | Florida Bar No. 44266 |
| drewmlevitt@gmail.com | pjiminez@homerbonner.com |
| LEE D. SARKIN | HOMER BONNER |
| Florida Bar No. 962848 | 1200 Four Seasons Tower |
| lsarkin@aol.com | 1441 Brickell Avenue |
| 4700 N.W. Boca Raton Boulevard | Miami, Florida 33131 |
| Suite 302 | Telephone (305) 350-5110 |
| Boca Raton, Florida 33431 | Attorneys for Defendants |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |