# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.  2:20-CV-14186-ROSENBERG/MAYNARD

DAVID POSCHMANN,

     Plaintiff,

v.

STUART NORTH, LLC,

     Defendant.

_____/

### ORDER CLOSING CASE

This cause comes before the Court on the parties' Stipulation of Dismissal with Prejudice.  DE 13.  In light of the fact that this case has been dismissed, it is **ORDERED AND ADJUDGED** that:

1. All pending motions are **DENIED AS MOOT**, all hearings are **CANCELLED,** and all deadlines are **TERMINATED**.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 20th day of August, 2020.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record